# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:20-MC-82327-ROSENBERG

IN RE: SUBPOENA DATED JUNE 18, 2020
ISSUED TO SPAULDING CLINICAL
RESEARCH, LLC.
_____/

### ORDER ON MOTION TO QUASH SUBPOENA [ECF NO. 1]

The issuer of the subpoena having failed to timely respond to the Motion to Quash [ECF No. 1] and to the Court's Order to Show Cause [ECF No. 19], the Motion to Quash is GRANTED.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 4th day of February, 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE